

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00010-CV

———————————————

DAVID HEISE, Appellant

V.

LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO
LEGACY MEDICAL CONSULTANTS, LLC, Appellee

---

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-351563-24

---

Before Kerr, Birdwell and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Unopposed Motion to Dismiss Appeal under Texas Rule of Appellate Procedure 42.1(a)(1)." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: May 15, 2025